| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | FILED 2012 SEP 27 PM 4:01 | DOCKET NUMBER *(Tran. Court)* 5:09CR02892-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: JOSE ESEQUIEL MUNOZ A/K/A: Jose Esequiel Munoz-Martinez | | DISTRICT OF TEXAS SOUTHERN DISTRICT OF TEXAS | DIVISION Laredo |
| | | NAME OF SENTENCING JUDGE Honorable Micaela Alvarez | |
| | | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 5, 2012 / TO June 4, 2015 |

**OFFENSE**

Possession with intent to distribute in excess of 100 kilograms of marihuana, a Schedule I controlled substance

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS (LAREDO DIVISION)</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Western District of Texas on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

August 24, 2012
Date

Mariba Garcia Marmolejo
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT (EL PASO DIVISION)

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

9/26/12
Effective Date

United States District Judge

*JUDGE FRANK MONTALVO*
*EP-12-CR-2214*



# MEMORANDUM

DATE: September 24, 2012

JUDGE FRANK MONTALVO

TO:
U.S. District Judge

EP12CR2214

FROM: Daniel Reyes
U.S. Probation Officer

SUBJECT: **TRANSFER OF JURISDICTION FOR SUPERVISED RELEASE**

---

**Transfer-in Case:**
  Name: **Jose Esequiel Munoz**
  Date Sentenced: **June 8, 2010**
  Judge: **Micaela Alvarez**
  Dkt. No.: **5:09CR02892-001**
  Jurisdiction: **Southern District of Texas**

A transfer of jurisdiction is recommended in the case of the above referenced offender who was sentenced in another district and is currently being supervised by this officer. The offender has a history of living in this area and it was determined by our office that allowing this individual to reside in this jurisdiction would present the best circumstances for successful reintegration under supervision.

Should you have any questions or need further information, please contact me at 585-6550.

Enclosures:  Probation Form 22
       Judgment
       Indictment


Approved by:

*Angelica Vega*

ANGELICA VEGA
Supervising U.S. Probation Officer
(915) 585-5539

## Initial Criminal Case Assignment (Random)

Case 3:12-cr-02214 has been randomly assigned to:
presiding Judge Frank Montalvo from deck El Paso Criminal (1-3 defendants)
referral Judge Robert F. Castaneda from deck El Paso Magistrate Criminal

Assign another case (Random)?

**JUDGE FRANK MONTALVO**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
DEC 2 2 2009
CLERK OF COURT
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. |
| § | |
| **JOSE ESEQUIEL MUNOZ** § | **L09 -2892** |
| aka: JOSE ESEQUIEL MUNOZ-MARTINEZ | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 26, 2009, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**JOSE ESEQUIEL MUNOZ,**
**aka: JOSE ESEQUIEL MUNOZ-MARTINEZ,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 100 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

On or about November 26, 2009, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**JOSE ESEQUIEL MUNOZ,**
aka: **JOSE ESEQUIEL MUNOZ-MARTINEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity in excess of 100 kilograms of marijuana, a Schedule I controlled substance.

In Violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**
FOREMAN OF THE GRAND JURY

TIM JOHNSON
UNITED STATES ATTORNEY

THOMAS CALHOUN-LOPEZ
Assistant United States Attorney

MA

USA-74-24b  Case 5:09-cr-02892   Document 10   Filed in TXSD on 12/22/09   Page 3 of 3
(Rev. 6-1-71)

| LAREDO DIVISION | CRIMINAL DOCKET | L09 -2892 |
|---|---|---|

FILE: 09-30285   L-09-3092M
INDICTMENT           Filed: DEC 22 2009          Judge: _____

ATTORNEYS:
TIM JOHNSON, USA

UNITED STATES OF AMERICA

VS.

THOMAS CALHOUN-LOPEZ, AUSA

JOSE ESEQUIEL MUNOZ

aka: JOSE ESEQUIEL MUNOZ-MARTINEZ

| | Appt'd | Private |
|---|---|---|

MA

**CHARGE:** Ct. 1: Conspiracy to possess with intent to distribute in excess of 100 kilograms of marijuana
(TOTAL)           [21 USC 846, 841(a)(1) & 841(b)(1)(B)]
COUNTS:    Ct. 2: Possess with intent to distribute in excess of 100 Kilograms of Marijuana
( 2 )           [21 USC 841(a)(1), 841(b)(1)(B) & 18 USC 2]

**PENALTY:**   Cts. 1&2:   5 to 40 Yrs. and/or 2 MILLION, $100 Spec Assessment
4 YRS MIN, 5 YRS MAX TERM OF SUPERVISED RELEASE

In Jail:                    NAME & ADDRESS
On Bond:                      of Surety:
No Arrest:

**PROCEEDINGS:**

Case 3:12-cr-02214-FM   Document 1   Filed 09/27/12   Page 7 of 17
AO 245B    (Rev. 08/05) Judgment in a Criminal Case
Sheet 1     Case 5:09-cr-02892   Document 30   Filed in TXSD on 06/14/10   Page 1 of 5

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **JOSE ESEQUIEL MUNOZ** | |
| A/K/A: Jose Esequiel Munoz-Martinez | CASE NUMBER: 5:09CR02892-001 |
| | USM NUMBER: 30681-279 |
| ☐ See Additional Aliases. | Christina Flores |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  Two on February 5, 2010

☐ pleaded nolo contendere to count(s)
    which was accepted by the court.

☐ was found guilty on count(s)
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 18 U.S.C. § 2 | Possession with intent to distribute in excess of 100 kilograms of marijuana, a Schedule I controlled substance | 11/26/2009 | Two |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) One    ☒ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 8, 2010
Date of Imposition of Judgment

*/s/ M. Alvarez*
Signature of Judge

**MICAELA ALVAREZ**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

June 14, 2010
Date

DRG | ER

Case 3:12-cr-02214-FM    Document 1    Filed 09/27/12    Page 8 of 17

AO 245B    (Rev. 08(05) Judgment in a Criminal Case
Case 5:09-cr-02892    Document 30    Filed in TXSD on 06/14/10    Page 2 of 5
Sheet 2 -- Imprisonment

Judgment -- Page 2 of 5

DEFENDANT: **JOSE ESEQUIEL MUNOZ**
CASE NUMBER: **5:09CR02892-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    **37 months.**

The defendant waived the right to appeal the sentence.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☒ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                        _____
                                                        UNITED STATES MARSHAL

                                        By  _____
                                                       DEPUTY UNITED STATES MARSHAL

Case 3:12-cr-02214-FM   Document 1   Filed 09/27/12   Page 9 of 17

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
           Case 5:09-cr-02892   Document 30   Filed in TXSD on 06/14/10   Page 3 of 5
           Sheet 3 -- Supervised Release

Judgment -- Page 3 of 5

DEFENDANT:   JOSE ESEQUIEL MUNOZ
CASE NUMBER:   5:09CR02892-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  3 years.

☐  See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☐  See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 08/05) Judgment in a Criminal Case
           Case 5:09-cr-02892   Document 30   Filed in TXSD on 06/14/10   Page 4 of 5
           Sheet 5 -- Criminal Monetary Penalties

Judgment -- Page 4 of 5

DEFENDANT:     JOSE ESEQUIEL MUNOZ
CASE NUMBER:   5:09CR02892-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees.

| **TOTALS** | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine   ☐ restitution.

    ☐ the interest requirement for the  ☐ fine   ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 3:12-cr-02214-FM   Document 1   Filed 09/27/12   Page 11 of 17

AO 245B   (Rev. 08/05) Judgment in a Criminal Case
Case 5:09-cr-02892   Document 30   Filed in TXSD on 06/14/10   Page 5 of 5
Sheet 6 -- Schedule of Payments

Judgment -- Page 5 of 5

DEFENDANT: **JOSE ESEQUIEL MUNOZ**
CASE NUMBER: **5:09CR02892-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ __100__ due immediately, balance due
  ☐ not later than _____ , or
  ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C,   ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____ , to commence _____ days after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ _____ over a period of _____ , to commence _____ days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
   Make all payments payable to: U.S. District Clerk, 1300 Victoria, Ste. 1131, Laredo, TX 78040.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)**      **Total Amount**   **Joint and Several Amount**   **Corresponding Payee, if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED, DOCSENT

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:09-cr-02892-1

Case title: USA v. Munoz
Magistrate judge case number: 5:09-mj-03092

Date Filed: 12/22/2009
Date Terminated: 06/08/2010

Assigned to: Judge Micaela Alvarez

**Defendant (1)**

**Jose Esequiel Munoz**
*TERMINATED: 06/08/2010*
*also known as*
Jose Esequiel Munoz-Martinez
*TERMINATED: 06/08/2010*

represented by **Christina Flores**
Attorney at Law
5517 McPherson Rd., Ste. 14
Laredo, TX 78041
956-728-7474
Fax: 956-728-7406
Email: cfloreslaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Samuel Paul**
Office of the Federal Public Defender
1501 Matamoros St
Laredo, TX 78040
956-753-5313
Fax: 956-753-5317
Email: john_paul@fd.org
*TERMINATED: 01/11/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Federal Public Defender - Laredo**
1501 Matamoros St
Laredo, TX 78040
956-753-5313
Email: lar_ecf@fd.org
*TERMINATED: 01/11/2010*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

Possess with intent to distribute in excess

**Disposition**

| | |
|---|---|
| of 100 kilograms of marijuana. PENALTY: 5 to 40 yrs and/or $2 million, $100 CVF, at least 4 yrs min, 5 yrs max SRT<br>(2) | 37 mos to serve; 3 yrs tsr, usual terms apply; DNA sample; $100 cvf; fine waived; waived appeal; surrender to institution when designated |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| Conspiracy to possess with intent to distribute in excess of 100 kilograms of marijuana. PENALTY: 5 to 40 yrs and/or $2 million, $100 CVF, at least 4 yrs min, 5 yrs max SRT<br>(1) | Dismissed on Govts oral Motion |

### Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841B=MD.F---<br>MARIJUANA;POSSESS WITH INTENT TO DISTRIBUTE | |

---

### Plaintiff

**USA**  represented by  **Michael Charles Elliott**
U.S. Attorney Office
PO Box 1179
Laredo, Tx 78042
956-794-2119
Fax: 956-726-2266
Email: michael.elliott@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040
Fax: 956-726-2915 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2009 | 1 | COMPLAINT as to Jose Esequiel Munoz (1), filed. (WEBB) (icontreras, ) (jluna, ). (Additional attachment(s) added on 11/30/2009: # 1 Complaint Continued) (jluna, ). [5:09-mj-03092] (Entered: 11/30/2009) |
| 11/30/2009 | 2 | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: INITIAL APPEARANCE as to Jose Esequiel Munoz, (Deft informed of rights) held on 11/30/2009. Financial Affidavit executed. Defendant requests appointed counsel. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. (Preliminary Examination & Detention Hearing set for 12/4/2009 at 10:00 AM in Courtroom 2C before Magistrate Judge Diana Saldana) Appearances:Diana Song F/Govt ; AFPD Wade Bainum (on duty)F/Deft(ERO:Mayra Marquez) (Interpreter:Felipe Perez, used) Deft remanded to Custody, filed.(jluna) [5:09-mj-03092] (Entered: 11/30/2009) |
| 11/30/2009 | 3 | Sealed Financial Affidavit CJA 23 by Jose Esequiel Munoz, filed. [5:09-mj-03092] (Entered: 11/30/2009) |
| 11/30/2009 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Laredo for Jose Esequiel Munoz.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (jluna) [5:09-mj-03092] (Entered: 11/30/2009) |
| 11/30/2009 | 5 | ORDER OF TEMPORARY DETENTION PENDING Hearing Pursuant To Bail Reform Act as to Jose Esequiel Munoz. Detention Hearing set for 12/4/2009 at 10:00 AM in Courtroom 2C before Magistrate Judge Diana Saldana.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (jluna) (jluna, ). [5:09-mj-03092] (Entered: 11/30/2009) |
| 12/01/2009 | 6 | WAIVER of Preliminary Hearing by Jose Esequiel Munoz, filed.(Chapa, Adrian) [5:09-mj-03092] (Entered: 12/01/2009) |
| 12/04/2009 | | Minute Entry for proceedings held before Magistrate Judge Diana Saldana: DETENTION HEARING as to Jose Esequiel Munoz NOT held on 12/4/2009. Government has no objection to a bond, but request a higher cash deposit. Pretrial |

| | | |
|---|---|---|
| | | Recommendation: $150,000.00 bond; $2,000.00 cash deposit; 2 co-sureties. Court imposed a bond of $150,000.00; $3,000.00 cash deposit; 2 co-sureties; drug treatment if necessary; electronic monitor. (1019-1030) Appearances:AUSA Mary Ellen Smyth f/govt; AFPD Wade Bainum; USPO: Margarita Hernandez; Pretrial: Anthony Vidal; USM: Arturo Perez.(ERO:Mario Luna) (Interpreter:Diana Gonzalez (used) Deft remanded to custody, filed.(isanchez) [5:09-mj-03092] (Entered: 12/04/2009) |
| 12/04/2009 | 7 | ORDER as to Jose Esequiel Munoz. The Court, hereby orders that the defendants bond be set at $150,000.00 bond with a $3,000.00 cash deposit and two co-sureties, along with the additional bond conditions as set out by Pretrial Services.(Signed by Magistrate Judge Diana Saldana) Parties notified. (mibarra) [5:09-mj-03092] (Entered: 12/04/2009) |
| 12/09/2009 | 8 | Pretrial Services Report (Sealed) as to Jose Esequiel Munoz, filed. (hcortez, ) [5:09-mj-03092] (Entered: 12/09/2009) |
| 12/17/2009 | 9 | Appearance Bond Entered as to Jose Esequiel Munoz in amount of $ 150,000.00 with 3,000.00 Deposit, Bond Depositor/Surety: Miriam Munoz, Surety: Jorge Luis Munoz, filed. (bmendoza, ) (Additional attachment(s) added on 12/17/2009: # 1 Unredacted Bond) (bmendoza, ). [5:09-mj-03092] (Entered: 12/17/2009) |
| 12/22/2009 | | **Terminate Deadlines and Hearings as to Jose Esequiel Munoz. (bmendoza, ) [5:09-mj-03092] (Entered: 12/22/2009) |
| 12/22/2009 | 10 | INDICTMENT(Laredo)(The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Jose Esequiel Munoz (1) count(s) 1, 2, filed. (sylviag, ) (Entered: 12/23/2009) |
| 12/23/2009 | 11 | NOTICE OF SETTING as to Jose Esequiel Munoz. Arraignment set for 12/30/2009 at 11:00 AM in Courtroom 2C before Magistrate Judge Diana Saldana, filed. (sylviag, ) (Entered: 12/23/2009) |
| 12/28/2009 | | US ATTORNEY'S NOTICE OF APPEARANCE. Michael Charles Elliott appearing for USA, filed.(Elliott, Michael) (Entered: 12/28/2009) |
| 12/28/2009 | 12 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty by Jose Esequiel Munoz, filed. (Paul, John) (Entered: 12/28/2009) |
| 12/28/2009 | 13 | ORDER granting 12 Waiver of Presence at Arraignment as to Jose Esequiel Munoz (1).(Signed by Magistrate Judge Diana Saldana.) Parties notified.(nortiz) (Entered: 12/29/2009) |
| 12/28/2009 | 14 | SCHEDULING ORDER as to Jose Esequiel Munoz. Dispositive Motion Filing due by 1/11/2010 Responses due by 1/19/2010 Pretrial Conference set for 2/9/2010 at 01:00 PM in Courtroom 2B before Magistrate Judge J. Scott Hacker Jury Selection set for 2/12/2010 at 01:30 PM in Courtroom 2A before Magistrate Judge J. Scott Hacker. Parties notified. (nortiz) (Entered: 12/29/2009) |
| 01/11/2010 | 15 | MOTION to Substitute Attorney Christina Flores by Jose Esequiel Munoz, filed. (Attachments: # 1 Proposed Order)(Flores, Christina) (Entered: 01/11/2010) |
| 01/11/2010 | 16 | ORDER granting 15 Motion to Substitute Attorney Christina Flores instead of Federal Public Defender as to Jose Esequiel Munoz (1).(Signed by Magistrate Judge J. Scott Hacker.) Parties notified.(nortiz) (Entered: 01/13/2010) |

| 01/27/2010 | 17 | NOTICE OF RESETTING as to Jose Esequiel Munoz. Pretrial Conference set for 2/5/2010 at 01:00 PM in Courtroom 2B before Magistrate Judge J. Scott Hacker, filed. ( dflores ) (Entered: 01/27/2010) |
|---|---|---|
| 02/05/2010 |  | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: RE-ARRAIGNMENT held on 2/5/2010. Jose Esequiel Munoz (1) Guilty Count 2. Consent filed; Written Plea agreement/Factual Basis, filed; PSI due date, 03/12/2010; Sentencing date, 04/27/10 at 9:00 AM; count 1 to be dismissed at time of sentence. (1:00 - 2:05). Appearances: Frank Pimentel f/Michael Elliott f/Government; Christina Flores f/defendant; USPO Sergio Garza/Jerry Perez; USM Robert Vigil/Jose Rodriguez/Damien Terry. (ERO: Sylvia Gonzalez). (Interpreter: Zeph Pease, used). Deft continued on bond, filed. ( dflores ) (Entered: 02/05/2010) |
| 02/05/2010 | 18 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Jose Esequiel Munoz, filed. (smedellin) (Entered: 02/08/2010) |
| 02/05/2010 | 19 | PLEA AGREEMENT and Factual Basis For Guilty Plea as to Jose Esequiel Munoz, filed. (smedellin) (Entered: 02/08/2010) |
| 02/05/2010 | 20 | ADDENDUM to 19 Plea Agreement as to Jose Esequiel Munoz, filed. (smedellin) (Entered: 02/08/2010) |
| 02/05/2010 | 21 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Jose Esequiel Munoz. PSI Completion due by 3/12/2010. Sentencing set for 4/27/2010 at 09:00 AM in Courtroom 3B before Judge Micaela Alvarez. Parties notified. (smedellin) (Entered: 02/08/2010) |
| 02/05/2010 | 22 | REPORT AND RECOMMENDATIONS as to Jose Esequiel Munoz Objections to R&R due by 2/19/2010.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (mmarquez) (Entered: 02/09/2010) |
| 02/23/2010 | 23 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Jose Esequiel Munoz re: 22 Report and Recommendations.(Signed by Judge Micaela Alvarez) Parties notified. (smedellin) (Entered: 02/24/2010) |
| 04/14/2010 | 24 | Sealed Memorandum, filed. (Entered: 04/15/2010) |
| 04/16/2010 | 25 | NOTICE OF RESETTING as to Jose Esequiel Munoz. Sentencing set for 6/8/2010 at 09:00 AM in Courtroom 3B before Judge Micaela Alvarez, filed. (atrevino, ) (Entered: 04/16/2010) |
| 05/26/2010 | 26 | Final Presentence Investigation Report (Sealed) as to Jose Esequiel Munoz, filed. (esantos, ) (Entered: 05/26/2010) |
| 05/26/2010 | 27 | Confidential Sentencing Recommendation(Sealed) regarding Jose Esequiel Munoz, filed. (esantos, ) (Entered: 05/26/2010) |
| 05/26/2010 | 28 | Sealed Addendum to 26 Final Presentence Investigation Report (Sealed) as to Jose Esequiel Munoz, filed. (esantos, ) (Entered: 05/26/2010) |
| 06/08/2010 |  | Minute Entry for proceedings held before Judge Micaela Alvarez: Sentencing held on 6/8/2010 for Jose Esequiel Munoz (1), Count(s) 1, Dismissed on Govts oral Motion; Count(s) 2, 37 mos to serve; 3 yrs tsr, usual terms apply; DNA sample; $100 cvf; fine |

| | | |
|---|---|---|
| | | waived; waived appeal; surrender to institution when designated. Appearances:Josh Ackerman f/Govt, Christina Flores f/Deft, JGarza f/USM, ERamirez f/USPO-L.(Court Reporter: Leticia Gomez [10;05-10:12]) (Interpreter:DGonzalez, used) Deft continued on bond, filed.(atrevino) Modified on 6/8/2010 (atrevino). (Entered: 06/08/2010) |
| 06/08/2010 | 29 | NOTICE OF NON-APPEAL by Jose Esequiel Munoz,filed.(bmendoza, ) (Entered: 06/10/2010) |
| 06/14/2010 | 30 | JUDGMENT as to Jose Esequiel Munoz.(Signed by Judge Micaela Alvarez) Parties notified. (jluna) (Entered: 06/15/2010) |
| 06/14/2010 | 31 | Statement of Reasons (Sealed) as to Jose Esequiel Munoz, filed. (Entered: 06/15/2010) |
| 07/01/2010 | 32 | ORDER TO SURRENDER on Tuesday, July 27,2010 at 2:00 PM to USP Leavenworth SCP as to Jose Esequiel Munoz.(Signed by Judge Micaela Alvarez) (Attachments: # 1 Unredacted Document) Parties notified. (jluna) (Entered: 07/06/2010) |
| 07/06/2010 | 33 | Document(s) Sent by certified mail to Jose Esequiel Munoz; Tracking Number 7009 1410 0000 3313 3942 re: 32 Order to Surrender, filed. (Attachments: # 1 Unredacted Document) (jluna) (Entered: 07/06/2010) |
| 07/06/2010 | 34 | RECEIPT of Order to Surrender from USM as to Jose Esequiel Munoz, filed. (mmarquez) (Entered: 07/06/2010) |
| 07/19/2010 | 35 | Certified Mail Receipt Returned as to Jose Esequiel Munoz, executed on 07/14/10 re: 33 Document(s) Sent, filed. (Attachments: # 1 Unredacted Document) (jluna) (Entered: 07/20/2010) |
| 07/28/2010 | 36 | NOTICE of Surrender as to Jose Esequiel Munoz, filed. Defendant DID surrender on 7/27/10 to USP Leavenworth SCP.(nortiz) (Entered: 07/30/2010) |
| 08/23/2010 | 37 | ORDER to Disburse Bond in the amount of $3,000.00 to Depositor: Miriam Munoz as to Jose Esequiel Munoz.(Signed by Judge Micaela Alvarez) (Attachments: # 1 Unredacted order to disburse cash bond) Parties notified. (vcantu) (Entered: 08/30/2010) |
| 10/15/2010 | | Disbursement of Bond to MIRIAM MUNOZ, $3,000.00 on 10/14/2010 as to Jose Esequiel Munoz, filed. (agould, ) (Entered: 10/15/2010) |
| 10/02/2012 | 38 | Supervised Release Jurisdiction Transferred to Western District of Texas EL Paso Division as to Jose Esequiel Munoz., filed. (Attachments: # 1 Transmittal Letter) (mxperez) (Entered: 10/04/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/05/2012 14:37:17 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:09-cr-02892 |
| Billable Pages: | 5 | Cost: | 0.50 |